IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUIS RIOS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV107 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| C.W. MCINTOSH, being sued in her individual and official capacity, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court for case management. The Prison Litigation Reform Act requires an imprisoned civil plaintiff to pay the court's entire filing fee, either at the outset when filing the complaint, or in installments if the court grants leave to proceed in forma pauperis ("IFP"). *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997); *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951 (D. Neb. 2001).

On March 19, 2018, the court granted Plaintiff's motion seeking leave to proceed IFP and ordered him to pay an initial partial filing fee in the amount of $20.87 within 30 days. (Filing No. 11.) Plaintiff then asked for an extension of time in which to do so (Filing No. 13), which the court granted (Filing No. 14), requiring Plaintiff to pay his initial partial filing fee by May 14, 2018. Plaintiff has not done so. Accordingly, the court will require Plaintiff to show cause why this case should not be dismissed for his failure to pay the initial partial filing fee.

If Plaintiff's failure to pay by the court's deadline was caused by prison officials' failure to adhere to his request to remit payment using funds from his account, his failure to pay within the time ordered by the court will be excused. However, if Plaintiff's failure to pay by the court's deadline was caused by his failure to leave sufficient funds in his account to timely pay the initial partial filing fee, his failure to pay will not be excused. Absent a sufficient response, the case will be

subject to dismissal. *See* [Taylor v. Cassady, 570 Fed. App'x 632 (8th Cir. 2014)](#) (unpublished) (holding district court abused its discretion by dismissing case without first taking steps to determine whether prisoner-plaintiff's failure to pay the initial partial filing fee "was caused by circumstances beyond his control, such as prison officials' failure to adhere to his request to remit payment using funds from his account").

IT IS ORDERED:

1. Plaintiff will have 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text—June 20, 2018: response to show-cause order due.

DATED this 21st day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge